**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000550**
**20-MAR-2025**
**08:24 AM**
**Dkt. 106 ODMR**

NO. CAAP-21-0000550

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ATC MAKENA N GOLF LLC, ATC MAKENA S GOLF LLC,
ATC MAKENA LAND SF1 LLC, ATC MAKENA LAND MF1 LLC,
ATC MAKENA LAND MF2 LLC, ATC MAKENA LAND MF3 LLC,
ATC MAKENA LAND C1 LLC, ATC MAKENA LAND U1 LLC,
ATC MAKENA LAND B1 LLC, ATC MAKENA LAND MF4 LLC,
ATC MAKENA LAND SF2 LLC AND ATC MAKENA LAND AH1 LLC,
Plaintiffs-Appellees, v.
AZIZI KAIAMA, Defendant-Appellant, and
DOES 1-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-20-0000099)

ORDER DENYING SECOND MOTION FOR RECONSIDERATION
(By: Wadsworth, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of self-represented Defendant-Appellant Azizi Kaiama's March 10, 2025 "Motion Proclamation of Publication[,]" which the court construes as a second motion for reconsideration, the papers in support, and the record,

IT IS ORDERED that the motion is denied as unauthorized by Hawaiʻi Rules of Appellate Procedure Rule 40(e).

DATED:  Honolulu, Hawaiʻi, March 20, 2025.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge